DAVID A. FLEMING, ALICE S. FLEMING AND LYONS K. NAONE, JR., CLERK OF THE CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAII, *v.* NAPILI KAI, LTD., A CORPORATION, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, J. C. MILLAR & ASSOCIATES, LTD., A CORPORATION, AND J. C. MILLAR.

No. 4510.

September 12, 1967.

RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE, JJ.,
AND CIRCUIT JUDGE KING IN PLACE OF
LEVINSON, J., ON VACATION

*Per Curiam.* The petition for rehearing is denied without argument.

*Meyer M. Ueoka* for the petition.